JOHN A. MADDEN v. H.O.H., INC., ET AL.

October 18, 1988.

The parties to this litigation, through the representations of counsel, having informed the Court that the matter has been settled as to all parties, and good cause appearing;

It is ORDERED that the within appeal is dismissed.   (See 107 *N.J.* 108)

STATE OF NEW JERSEY v. MANUEL A. MAURICIO.

October 18, 1988.

Petition for certification granted.

JAMES CASSANO v. WALTER ASCHOFF, ET AL.

October 18, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 110)